**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7738**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

SAMUEL DEWITT MCCOTTER,

              Defendant -  Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W.  Boyle, District Judge.  (4:90-cr-00027-BO-1; 4:96-cv-00190-BO)

Submitted:  May 21, 2008              Decided:  August 12, 2008

Before NIEMEYER and MOTZ, Circuit Judges,  and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Samuel DeWitt McCotter, Appellant Pro Se. Steve R. Matheny, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel DeWitt McCotter seeks to appeal the district court's order construing his motion for relief from judgment as a 28 U.S.C. § 2255 (2000) motion and denying relief. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that McCotter has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED